1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2344 TULARE STREET, #200
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com

*FILED*

MAR 20 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

ATTORNEYS FOR Defendant,
     SANDRA CASTENEDA CISNEROS

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiffs,

    v.

SANDRA CASTENEDA CISNEROS,

         Defendant.

Case No: **1:19-CR-00274-JLT-SKO**

**STIPULATION AND ORDER FOR MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE**

TO:    THE HONORABLE MAGISTRATE JUDGE SHEILA K. OBERTO, AND TO THE UNITED STATES ATTORNEY AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY, JEFFREY SPIVAK:

Defendant, SANDRA CASTENEDA CISNEROS, by and through her counsel, MARK W. COLEMAN, of the Law Office of Mark W. Coleman, hereby applies for an order modifying her conditions of release to have the requirement for random drug testing terminated.

Ms. Castaneda Cisneros is requesting this modification at the suggestion of her pre-trial services officer. Ms. Cisneros Castaneda has been on pretrial supervision for more than three years and has been subject to random drug testing. She has not had one positive drug test during this time.

1      Since being placed on pre-trial release Ms. Castaneda Cisneros has been in continued

2  contact with her pretrial services officer and has done everything asked of her. Pre-Trial services

3  is agreeable to the modification requested.

4      Assistant United States Attorney Jeffrey Spivak does not have an objection to this

5  request.

6      **IT IS HEREBY STIPULATED** by and between the parties hereto that SANDRA

7  CASTENEDA CISNEROS' drug testing condition be terminated.

8  Dated: <u>March 17, 2023.</u>        LAW OFFICE OF MARK W. COLEMAN

9                            /s/ Mark W. Coleman

10                          _____

11                          MARK W. COLEMAN
                                        Attorney for Defendant

12                          SANDRA CISNEROS

13  Dated: <u>March 17, 2023.</u>        UNITED STATES ATTORNEY'S OFFICE

14                           /s/ Jeffrey Spivak

15                          _____
                          JEFFREY SPIVAK

16                          Attorney for Plaintiff

17                        **ORDER**

18      **IT IS SO ORDERED** that SANDRA CASTENEDA CISNEROS is no longer required

19  to submit to random drug testing as a condition of her pretrial release. All other terms and

20  conditions of her pretrial release shall remain in effect.

21  Dated: <u>March 20</u>, 2023.

22                          Erica P. Grosjean

23                          United States Magistrate Judge